Wendy L. Wilcox, Esq. (State Bar No. 193644)
John G. Wilcoxson, Esq. (State Bar No. 98292)
SKANE WILCOX LLP
1055 W. 7th Street, Suite 1700
Los Angeles, CA 90017
Telephone: 213-452-1200 / Facsimile: 213-452-1201
wwilcox@skanewilcox.com / jwilcoxson@skanewilcox.com / mtamkin@skanewilcox.com
Attorneys for Defendant FLUIDMASTER, INC.

Steven H. Yuster, Esq. (State Bar No.188444)
KULUVA, ARMIJO & GARCIA
555 South Flower Street, Suite 600
Los Angeles, CA 90071
Telephone: (213) 612-5335/ Facsimile: (213) 612-5712
syuster@kuluva.com
Attorneys for Plaintiff GREAT NORTHERN INSURANCE COMPANY

Brendan B. Penney (State Bar No. 210919)
SELMAN BREITMAN LLP
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025-6546
Telephone: 310.445.0800 / Facsimile: 310.473.2525
bpenney@selmanlaw.com
Attorneys for Defendants CHRONOMITE LABORATORIES, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, as subrogee of Katten Muchin Rosenman LLP,<br><br>Plaintiffs,<br>v.<br><br>CHRONOMITE LABORATORIES, INC., a, California Corporation; FLUIDMATER, INC., a California Corporation; and DOES 1 through 50, | CASE NO**.** 4:20-cv-00746-PJH<br><br>**PARTIES' STIPULATION TO REMAND CASE TO STATE COURT**<br>**\*\*AS MODIFIED BY THE COURT\*\*** |

inclusive,

Defendants.

## **STIPULATION OF THE PARTIES TO REMAND CASE TO STATE COURT**

WHEREAS, on December 3, 2019, Plaintiffs GREAT NORTHERN INSURANCE COMPANY, as subrogee of Katten Muchin Rosenman LLP filed their Complaint for Damages in the Superior Court of the State of California, in and for that County of Alameda, Case No. RG19045359;

WHEREAS, on or about January 31, 2020, Defendant FLUIDMASTER, INC. filed in state court both an answer to Plaintiff's Complaint and a Cross-Complaint;

WHEREAS, on or about January 31, 2020, FLUIDMASTER, INC. filed in the United States District Court, the Northern District of California, Notice of Removal of Action under 28 U.S.C. § 1441(b) on the basis of diversity of Plaintiffs and Defendants, assigned Case No. :4:20-cv-00746-PJH.

WHEREAS, unless the parties stipulate to remand this case to state court, Plaintiff GREAT NORTHERN INSURANCE COMPANY and Defendant CHRONOMITE LABORATORIES, INC., have advised that, pursuant to 28 U.S.C. § 1447(c), they will file a Motion to remand because removal solely based upon diversity jurisdiction is defective and improper under 28 U.S.C. § 1441(b)(2);

WHEREAS, in exchange for FLUIDMASTER, INC.'S stipulation to remand, Plaintiff GREAT NORTHERN INSURANCE COMPANY and Defendant

4150 43832 4850-8320-1463 .v1

CHRONOMITE LABORATORIES, INC., will waive any monetary or other sanctions against FLUIDMASTER, INC.;

    Therefore, the parties, Plaintiff GREAT NORTHERN INSURANCE COMPANY, Defendant CHRONOMITE LABORATORIES, INC., and Defendant FLUIDMASTER, INC., acting by and through their respective counsel of record, do hereby stipulate to remand this case to the Superior Court of the State of California, in and for that County of Alameda, Case No. RG19045359.

DATED: March 12, 2020  SKANE WILCOX LLP

By: _____
Wendy L. Wilcox, Esq.
John G. Wilcoxson, Esq.
Attorneys for Defendant
FLUIDMASTER, INC.

DATED: March 23, 2020  KULUVA, ARMIJO & GARCIA

By: _____
Steven H. Yuster, Esq.
Attorneys for Plaintiff
FEDERAL INSURANCE COMPANY

DATED: March 24, 2020  SELMAN BREITMAN LLP

By: _____
Brendan B. Penney, Esq.
Attorneys for Defendants CHRONOMITE
LABORATORIES, INC.

# ~~(PROPOSED)~~ ORDER PURSUANT TO THE STIPULATION OF THE PARTIES TO REMAND UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA CASE NO. 4:20-cv-00746-PJH TO THE SUPERIOR COURT OF CALIFORNIA IN AND FOR THE COUNTY OF ALAMEDA, CASE NO. RG19045359

Pursuant to the stipulation of the parties, by and through their respective counsel of record, it is hereby ordered that United States District Court, Northern District of California, Case No. ~~4:20-cv-00689-PJH~~ *4:20-cv-0746-PJH* is hereby remanded to the Superior Court of California in and for the County of Alameda, Case No. RG19045359.

DATED: __April 3, 2020__    /s/ Phyllis J. Hamilton

                                             Judge of the United States District Court
                                             Northern District of California

4
PARTIES' STIPULATION TO REMAND CASE TO STATE COURT

4150 43832 4850-8320-1463 .v1